UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IRMA LUZ HERNANDEZ**,<br><br>             Plaintiff,<br><br>    v.<br><br>**COSTCO WHOLESALE CORPORATION**, et al.,<br><br>             Defendants. | Case No. 5:25-cv-02129-SRM-MBK<br><br>**ORDER STRIKING MOTION TO REMAND ACTION TO STATE COURT [10]** |

      Plaintiff Irma Luz Hernandez filed a Motion to Remand Action to State Court. Dkt. 10.

      Local Rule 7-3 demands that "counsel contemplating the filing of any motion must first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution." C.D. Cal. R. 7-3. The conference must occur at least 7 days before the motion is filed. *Id.* If the parties cannot reach a resolution, counsel for the moving party must include a statement in the notice of motion articulating that the parties met and conferred on a certain date. *Id.*

      The Court's Standing Order coextensively governs the meet-and-confer process and imposes additional requirements. *See* Dkt. 8. That order requires parties to "meet and confer either by videoconference or in person. Email correspondence is insufficient." *Id.*

-1-

at 12. "The moving party must include a truthful representation of full compliance with Local Rule 7-3 in the signed notice of motion, stating that the parties 'thoroughly discussed the substance and potential resolution of the filed motion [by videoconference or in person].'" *Id.* The Court cautioned the parties that it "strictly enforces Local Rule 7-3[.]" *Id.* at 11.

Hernandez did not comply with the meet-and-confer requirements under Local Rule 7-3 and/or the Standing Order. Indeed, there is no evidence to suggest Hernandez even attempted to meet and confer with the defendants before filing this motion.

For this/these reasons, the Motion to Remand Action to State Court is **STRICKEN**.

**IT IS SO ORDERED.**

Dated: September 23, 2025

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE